JU**AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
## *SOUTHERN DISTRICT OF OHIO*

JUDGMENT IN CIVIL CASE

| | | |
|---|---|---|
| **JEFFREY N.,** | : | |
| | : | |
| **Plaintiff,** | : | **Case No. 2:25-cv-0137** |
| | : | |
| **v.** | : | **Judge Algenon L. Marbley** |
| | : | |
| **COMMISSIONER OF SOCIAL SECURITY,** | : | **Magistrate Judge Kimberly A. Jolson** |
| | : | |
| | : | |
| **Defendant.** | : | |

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to the April 24, 2025 Order, the Court GRANTED the Joint Motion to Remand. This matter is REMANDED to the Social Security Administration for further consideration and administrative proceedings.

**Date:  April 24, 2025**          **Richard W. Nagel, Clerk**

                                         s/Diane M. Stash
                                  Diane M. Stash/Deputy Clerk